

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re:   Case No.: **19–19182 – WIL**   Chapter: **13**

**Albert Koon To**
Debtor

## MEMORANDUM TO THE DEBTOR

On July 9, 2019, the Court issued an Order That Bankruptcy Preparer Total Petitions, LLC Show Cause Why Fees Should Not Be Refunded (the "Order to Show Cause"). The Order to Show Cause required Total Petitions, LLC ("Total Petitions") to file a writing with the Court explaining why it should not be ordered to refund all fees received in this case for its failure to file required documents. Total Petitions filed a Response to the Order to Show Cause on July 22, 2019. The Response states that contrary to representations contained in the Debtor's bankruptcy petition, Total Petitions did not assist the Debtor with the filing of the instant bankruptcy case. Rather, Total Petitions maintains that it assisted the Debtor with the filing of a previous bankruptcy case.

Upon consideration of Total Petition's Response, the Court requires further information from the Debtor. Accordingly, within ten (10) days of the date of entry of this Memorandum, the Debtor shall file a reply to Total Petition's assertion that it did not assist the Debtor with the preparation of the bankruptcy forms filed in this case as represented by the Debtor on page 8 of his bankruptcy petition.

cc:  Debtor – PRO SE
     Case Trustee – Nancy Spencer Grigsby
     Office of the United States Trustee
     Total Petitions, LLC, PO Box 470, Bohemia, NY 11716

**End of Memorandum**